IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON LAUCHNER,<br>an individual,<br><br>　　　Plaintiff,<br><br>v.<br><br>LIBERTY FLUID POWER, INC.,<br>a domestic corporation,<br><br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:22-CV-01053-S |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the Agreed Motion to Dismiss with Prejudice filed by Plaintiff, Jason Lauchner, and Defendant, Liberty Fluid Power, Inc., is of the opinion that the Motion should be, and it hereby is, GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that all of Plaintiff's claims and causes of action against Defendant are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

SIGNED this 11th day of October 2022.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE

AGREED TO AS TO FORM AND SUBSTANCE:


By: /s/ K. Michael Sturgill
    Matthew Sapp
    Texas Bar No. 24075016
    matt@sappsturgill.com
    K. Michael Sturgill
    Texas Bar No. 24075588
    mike@sappsturgill.com

SAPP & STURGILL, PLLC
209 2nd Street, #245
Fort Worth, Texas 76102
PH: 214-504-6318

**ATTORNEYS FOR PLAINTIFF**


By: /s/ Katrin U. Schatz
    Paul E. Hash
    Texas Bar No. 09198020
    Paul.Hash@jacksonlewis.com
    Katrin U. Schatz
    Texas Bar No. 00796284
    Katrin.Schatz@jacksonlewis.com
    Claire L. Cook
    Texas Bar No. 24086220
    Claire.Cook@jacksonlewis.com

JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
PH: 214-520-2400
FX: 214-520-2008

**ATTORNEYS FOR DEFENDANT**